UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVITON MANUFACTURING CO., INC.,

        Plaintiff,

-against-                      Civil Action No. 09-cv-08083-GBD

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF and
CLAUDE R. NARCISSE,

        Defendants.

---

## STIPULATION FOR AN EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for the respective parties hereto that the time for Defendants to answer, plead or otherwise move with respect to the allegations in the Complaint shall be extended to and including November 25, 2009.

IT IS FURTHER STIPULATED AND AGREED that Defendants accept service of process and waive any objections to defects in service of process.

IT IS SO ORDERED this _____ day of October, 2009.

OCT 08 2009

*/s/ George B. Daniels*

Hon. George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS

_____
Jeffrey A. Jannuzzo, Esq. (JJ 3203)
10 East 40th Street
35th Floor
New York, NY 10025
(212) 932-8524
Fax: (212) 932-1165
Email: jeff@jannuzzo.com

*Attorney for Plaintiff*

Dated: _____

_____
David Francescani, Esq. (DF 9701)
Karolina Jesien, Esq. (KJ 7292)
**FISH & RICHARDSON P.C.**
601 Lexington Avenue
52nd Floor
New York, NY 10025
(212) 765-5070
Fax: (212) 258-2291
Email: francescani@fr.com
Email: jesien@fr.com

**WILLIAMS & CONNOLLY LLP**

Kevin Downey, Esq.*
Corey Then, Esq.*
725 12th Street NW
Washington, D.C. 20005
(202) 434-5740
Fax: (202) 434-5029
Email: kdowney@wc.com
Email: cthen@wc.com

*pro hac vice application to be filed

*Attorneys for Defendants*

Dated: 10/5/09