UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LEVITON MANUFACTURING CO., INC.,

                Plaintiff,

      -against-

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF, and CLAUDE
R. NARCISSE,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 1 MAR 2010

ORDER
09 cv 8083 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendants' motion to dismiss Plaintiff's claims of litigation misconduct (counts 1-3), because the claims are not ripe for adjudication, is denied.

    Defendants' motion to dismiss Plaintiff's claims of malpractice in patent prosecution (counts 4-8), on the ground that they are barred by the statute of limitations, is denied without prejudice.

    Defendants' motion to dismiss Plaintiff's equitable claims (counts 9-11), is granted since the claims are duplicative of Plaintiff's malpractice claims.

    Defendants' motion for a stay pending outcome of <u>Leviton Mfg. Co. Inc., v. Universal Security Instruments, Inc. and USE Electric, Inc.</u>, Appeal No. 2009-1421, currently before the United States Court of Appeals for the Federal Circuit is denied.

Dated: March 31, 2010
       New York, New York

                                  SO ORDERED:

                                  *George B Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge