# Jeffrey A. Jannuzzo
ATTORNEY AT LAW



10 East 40th Street, 35th Flr.
New York, NY 10016-0301
Tel: 212.932.8524
Fax: 212.932.1165
jeff@jannuzzo.com

September 8, 2011

Via Federal Express

Hon. George B. Daniels
U.S. District Judge
500 Pearl Street, Room 630
New York, NY 10007-1312

SO ORDERED:

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 12 2011

Leviton v. Greenberg Traurig LLP, et al
09-cv-8083(GBD)(THK)

Dear Judge Daniels:

On behalf of plaintiff Leviton Manufacturing Co., Inc., and with consent of counsel for Defendants to this jointly-drafted letter, I am glad to be able to inform the Court that the parties have reached an agreement to settle this action.

Accordingly, the parties jointly request that the Court stay the action while the settlement is finalized. Shortly after September 22, 2011, the parties anticipate that they will be in a position to file a stipulation of dismissal of the action.

Counsel for Defendants and I are at the Court's disposal if we can provide any further information.

Very truly yours

Jeffrey A. Jannuzzo

cc:     Milton Springut, Esq.
        David R. Francescani, Esq.
        Kevin M. Downey, Esq.
        Aaron P. Maurer, Esq.
        *(via email in PDF)*

Judge-2011-9-8-stay req.wpd