THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2  2011

LEVITON MANUFACTURING CO., INC.,

Plaintiff,

– against –

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF and
CLAUDE R. NARCISSE,

Defendants.

Civil Action No. 09-cv-08083-GBD

### [PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal with Prejudice as executed and filed with this Court by Plaintiff Leviton Manufacturing Co., Inc., it is therefore:

**ORDERED** that all claims in the above-captioned case are dismissed with prejudice, the parties to bear their own attorneys' fees and costs; and further,

**ORDERED** that this Court shall retain jurisdiction of this case and of the parties solely with respect to enforcement of the terms of the written Settlement Agreement executed by the parties in connection with this case, including the Escrow Agreement and other Exhibits appended to the Settlement Agreement.

SEP 26 2011
_____
Date

_George B. Daniels_
_____
United States District Judge
HON. GEORGE B. DANIELS

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

LEVITON MANUFACTURING CO., INC.,

Plaintiff,

– against –                                          Civil Action No. 09-cv-08083-GBD

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF and
CLAUDE R. NARCISSE,

Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Leviton Manufacturing Co., Inc. ("Leviton") and Defendants Greenberg Traurig, LLP, Paul J. Sutton, Barry G. Magidoff and Claude R. Narcisse (collectively, "Defendants") stipulate and agree that all claims in the above-captioned case are hereby dismissed with prejudice. The parties further stipulate and agree that the Court shall retain jurisdiction of this case and of the parties solely with respect to enforcement of the terms of the written Settlement Agreement executed by the parties in connection with this case, including the Escrow Agreement and other Exhibits appended to the Settlement Agreement.

The parties will bear their own costs and attorneys' fees.

A proposed form of order is submitted herewith.

KALOW & SPRINGUT LLP
Milton Springut, Esq.
David A. Kalow, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 813-1600
Fax: (212) 813-9600

Jeffrey A. Jannuzzo, Esq.
10 East 40th Street, 35th Floor
New York, NY 10016-0301
jeff@jannuzzo.com
*Counsel for Plaintiffs*

Dated: 9/22/2011              By: _____

WILLIAMS & CONNOLLY LLP
Kevin M. Downey, Esq.
Aaron P. Maurer, Esq.
Jessamyn S. Berniker, Esq.
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5708
Fax: (202) 434-5029

FISH & RICHARDSON, P.C.
David Francescani, Esq.
Karolina Jesien, Esq.
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611
Telephone: (212) 765-5070
Fax: (212) 258-2291
*Counsel for Defendants*

Dated: 9/22/11               By: _____

2