THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:                           │
│ DATE FILED: SEP 2 : 2011         │
└─────────────────────────────────┘
```

LEVITON MANUFACTURING CO., INC.,

      Plaintiff,

      – against –                    Civil Action No. 09-cv-08083-GBD

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF and
CLAUDE R. NARCISSE,

      Defendants.

## [PROPOSED] ORDER

      Pursuant to the Stipulation of Dismissal with Prejudice as executed and filed with

this Court by Plaintiff Leviton Manufacturing Co., Inc., it is therefore:

      **ORDERED** that all claims in the above-captioned case are dismissed with prejudice, the

parties to bear their own attorneys' fees and costs; and further,

      **ORDERED** that this Court shall retain jurisdiction of this case and of the parties solely

with respect to enforcement of the terms of the written Settlement Agreement executed by the

parties in connection with this case, including the Escrow Agreement and other Exhibits

appended to the Settlement Agreement.

SEP 26 2011
_____
Date

_George B. Daniel_
_____
United States District Judge
HON. GEORGE B. DANIELS

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

LEVITON MANUFACTURING CO., INC.,

Plaintiff,

– against –

GREENBERG TRAURIG LLP, PAUL J.
SUTTON, BARRY G. MAGIDOFF and
CLAUDE R. NARCISSE,

Defendants.

Civil Action No. 09-cv-08083-GBD

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Leviton Manufacturing Co., Inc. ("Leviton") and

Defendants Greenberg Traurig, LLP, Paul J. Sutton, Barry G. Magidoff and Claude R. Narcisse

(collectively, "Defendants") stipulate and agree that all claims in the above-captioned case are

hereby dismissed with prejudice. The parties further stipulate and agree that the Court shall

retain jurisdiction of this case and of the parties solely with respect to enforcement of the terms

of the written Settlement Agreement executed by the parties in connection with this case,

including the Escrow Agreement and other Exhibits appended to the Settlement Agreement.

The parties will bear their own costs and attorneys' fees.

A proposed form of order is submitted herewith.

1

KALOW & SPRINGUT LLP
Milton Springut, Esq.
David A. Kalow, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 813-1600
Fax: (212) 813-9600

Jeffrey A. Jannuzzo, Esq.
10 East 40th Street, 35th Floor
New York, NY 10016-0301
jeff@jannuzzo.com
*Counsel for Plaintiffs*

Dated: 9/22/2011                              By: _____

WILLIAMS & CONNOLLY LLP
Kevin M. Downey, Esq.
Aaron P. Maurer, Esq.
Jessamyn S. Berniker, Esq.
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5708
Fax: (202) 434-5029

FISH & RICHARDSON, P.C.
David Francescani, Esq.
Karolina Jesien, Esq.
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611
Telephone: (212) 765-5070
Fax: (212) 258-2291
*Counsel for Defendants*

Dated: 9/22/11                              By: _____

2